UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA R. JACKSON,<br><br>           Plaintiff,<br><br>     v.<br><br>LOUIS DeJOY, et al.,<br><br>           Defendants. | Case No. 5:21-cv-00379-FWS-AGR<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that Defendants' motion to dismiss the First Amended Complaint is GRANTED IN PART AND DENIED IN PART as follows:

(1) Defendants' motion to dismiss Claim Two is DENIED;

(2) Defendants' motion to dismiss Claims One, Three and Four is GRANTED with leave to amend; and

(3) Plaintiff is granted 30 days from the date of entry of this Order to file a Second Amended Complaint consistent with the Magistrate Judge's Report.

1    If Plaintiff chooses to file a Second Amended Complaint, it must be filed within 30 days after entry of this Order, it must bear the docket number assigned to this case, be labeled "Second Amended Complaint," and be complete in and of itself without reference to the original complaint, attachment, pleading or other documents.

DATED: April 6, 2023

Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE