JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA R. JACKSON,<br><br>    Plaintiff,<br><br>    v.<br><br>LOUIS DeJOY, Postmaster General, et al.,<br><br>    Defendants. | Case No. 5:21-cv-00379-FWS-AGR<br><br>ORDER OF DISMISSAL |

**I.**

**PROCEDURAL HISTORY**

On March 2, 2021, Plaintiff Lisa R. Jackson, proceeding *pro se*, filed a complaint under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e *et seq.* (Dkt. No. 1.)

Postmaster General Louis DeJoy and the United States Postal Service ("USPS") filed a motion to dismiss the complaint under Fed. R. Civ. P. 12(b)(6). (Dkt. No. 52.) On February 23, 2022, after the motion to dismiss was fully briefed, Plaintiff filed a First Amended Complaint ("FAC") against Defendant DeJoy in his official capacity and USPS. (Dkt. No. 66.) Since the FAC superceded the original complaint, the court denied the motion to dismiss as moot. (Dkt. No. 71.)

1    Defendants filed a motion to dismiss the FAC under Fed. R. Civ. P.
2  12(b)(6). (Dkt. No. 69.) On April 13, 2022, Plaintiff filed an opposition. (Dkt. No.
3  72.) On April 26, 2022, Defendants filed a reply. (Dkt. No. 79.) On June 2, 2022,
4  Plaintiff filed a "Motion to Dismiss Defendant's Reply in Support of Motion to
5  Dismiss," which the court construed as a surreply. (Dkt. No. 80.)
6    On February 24, 2023, the Magistrate Judge entered a Report and
7  Recommendation ("Report"). (Dkt. No. 96.) Objections to the Report were due on
8  March 20, 2023. (Dkt. No. 97.) No objections to the report were filed within the
9  time allowed.
10    On April 6, 2023, this Court entered an Order Accepting Findings and
11  Recommendation of the United States Magistrate Judge as follows:
12    Defendants' motion to dismiss the First Amended Complaint was
13  GRANTED IN PART AND DENIED IN PART as follows:
14    (1) Defendants' motion to dismiss Claim Two was DENIED;
15    (2) Defendants' motion to dismiss Claims One, Three and Four was GRANTED
16  with leave to amend; and
17    (3) Plaintiff was granted 30 days from the date of entry of the Order to file a
18  Second Amended Complaint consistent with the Magistrate Judge's Report. (Dkt.
19  No. 98.)
20    On April 10, 2023, Plaintiff filed a Second Amended Complaint ("SAC")
21  under Title VII of the Civil Rights Act of 1964, Discriminatory Act. (Dkt. No. 99.)
22    On May 25, 2023, Defendants filed a motion to dismiss the SAC under
23  Fed. R. Civ. P. 12(b)(1) and (b)(6). (Dkt. No. 105.)
24    On June 7, 2023, Plaintiff filed a Notice of Dismissal of this action in its
25  entirety against both defendants. (Dkt. Nos. 107-108.)

## II.

## ORDER

Pursuant to the Plaintiff's Notice of Voluntary Dismissal, IT IS ORDERED that this action is DISMISSED against all defendants. Defendants' motion to dismiss the Second Amended Complaint is now moot and denied on that basis.

**IT IS SO ORDERED.**

DATED: June 20, 2023

Hon. FRED W. SLAUGHTER
UNITED STATES DISTRICT JUDGE